USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 19, 2014

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOON JOO YU, AMY J. YU and HEE RAK KIM,

                Plaintiffs,

    -against-

PREMIER POWER LLC, SANDRA DYCHE, JERRY JANKOVIC, JOHN JANKOVIC, ANNA LEE, ANNIE KIM and JOHN DOES 1 THROUGH 100,

                Defendant.
-----------------------------------------------------------X

CIVIL ACTION

Case No.: 1:14-cv-07588-KPF

**STIPULATION EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED** that the time for **Defendants, ANNA LEE and ANNIE KIM,** to file an Answer be and the same hereby is extended to November 28, 2014. Defendants, ANNA LEE and ANNIE KIM hereby agree to waive any jurisdictional defenses in this regard.

Dated: New York, New York
       November 18, 2014

RUTA SOULIOS & STRATIS LLP

_____
Joseph A. Ruta, Esq.
Attorneys for Plaintiffs
1500 Broadway, 21st Floor
New York, New York 10036
(212) 997-4500

FISHMAN McINTYRE
FISHMAN McINTYRE LEVINE SAMANSKY P.C.

_____
Peter J. Murano, Esq. (PM3627)
Attorneys for Defendants,
ANNA LEE and ANNIE KIM
44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-7190
Our File No.: SPF-604

Dated: November 19, 2014
       New York, New York

SO ORDERED.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE