UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

YU, *et al.*,

                      Plaintiffs,

     v.

PREMIERE POWER LLC, *et al.*,

                      Defendants.

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 24, 2014

14 Civ. 7588 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

     The Court is in receipt of several stipulations between Plaintiffs' counsel and various Defendants, agreeing on various extensions of time for filing answers or otherwise responding to the Complaint. In the interest of consistency and for convenience of the Court, the Court hereby extends the deadline for ALL Defendants — including those whose time has already been extended — to file an answer or otherwise respond to the Complaint to **December 10, 2014**.

     Plaintiff's counsel is directed to notify all other parties' attorneys who have not yet entered an appearance in this action of this Order by serving upon each of them a copy of the Order, and to file proof of such service with the Court.

     SO ORDERED.

Dated:    November 24, 2014
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge