UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MOON JOO YU, *et al.*,

                Plaintiff,

-against-

PREMIER POWER LLC, *et al.*,

                Defendants.
------------------------------------------------------------------X

14 Civ. 7588 (KPF)

**AFFIDAVIT OF SERVICE**

COUNTY OF NEW YORK   )
                                   :ss
STATE OF NEW YORK      )

     I, Christopher S. Ross, am not a party to this action; I am over the age of 18 years; and reside in New York, New York.

     That on the **25th Day of November, 2014**, affiant served the **Order Extending Time to Answer for All Defendants** on the party listed below at the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in a depository under the exclusive care and custody of Federal Express.

     To:   John Jankovic
               295 Turtle Crest Dr.
               Irvine, CA 92603

                                                            Christopher S. Ross

Sworn to before me on
the 25th day of November, 2014

MAX FOLKENFLIK
NOTARY PUBLIC, State of New York
No. 02FO4735463
Qualified in New York County
Commission Expires Sept. 30, 2017